IC



FILED
JAN 31 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

LynAriane Lucas, Plaintiff

Case No. 1:23-cv-15190

V

Honorable Andrea R. Wood

BECTON DICKINSON AND CO.

'BD PUREWICK CORP'

LIBERATOR MEDICAL SUPPLY

COMPANY; and

THE PUREWICK CORPORATION

Defendants.

## MOTION TO CONTINUE

**I, LynAriane Lucas plaintiff, humbly request that this court continue the currently scheduled trial date of March 18, 2025 to a date after March 21, 2025.**

**Reason:**

March 17 – 21, 2025 is the time period for 'MATCH WEEK' a critical process by which US medical residency training programs participate in the acquisition of medical residency positions. It is very important that I actively participate in this process.

I apologize for not having this information available to present to the court sooner.

I respectfully ask that the Court via the Honorable Andrea R. Wood please grant this MOTION TO CONTINUE and reschedule the trial date for the aforementioned reason.

Respectfully Submitted by,

*LynAriane Lucas*

LynAriane Lucas

Date: January 31st, 2025